FINOLA H. MANVELIAN, Cal. Bar No. 180681
Email: manvelianf@sec.gov
JESSICA R. PUATHASNANON, Cal. Bar No. 208074
Email: puathasnanonj@sec.gov
DOUGLAS F. KOBAYASHI, Cal. Bar No. 205886
Email: kobayashid@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Rosalind R. Tyson, Regional Director
Andrew Petillon, Associate Regional Director
John M. McCoy III, Regional Trial Counsel
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036-3648
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ✓
JS-2/JS-3 ____
Scan Only ____

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>vs.<br><br>PACIFIC ASIAN ATLANTIC FOUNDATION and SAMUEL M. NATT,<br><br>Defendants. | Case No. CV 10-01214-RGK (RCx)<br><br>[PROPOSED] FINAL JUDGMENT AGAINST PACIFIC ASIAN ATLANTIC FOUNDATION AND SAMUEL M. NATT |

The Securities and Exchange Commission having filed a Complaint and Defendants Pacific Asian Atlantic Foundation ("PAAF") and Samuel M. Natt ("Natt" and collectively "Defendants") having entered general appearances, consented to the Court's jurisdiction over them and the subject matter of this action, consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction), waived findings of fact and conclusions of law, and waived any right to appeal from this Final Judgment:

## I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants and their agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating Section 17(a)(1) and (3) of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. § 77q(a)(1) and (3), in the offer or sale of any security by the use of any means or instruments of transportation or communication in interstate commerce or by use of the mails, directly or indirectly:

(a) to employ any device, scheme, or artifice to defraud; or

(b) to engage in any transaction, practice, or course of business which operates or would operate as a fraud or deceit upon the purchaser.

## II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Natt shall pay a civil penalty in the amount of $50,000 pursuant to Section 20(d) of the Securities Act, 15 U.S.C. § 78t(d). Natt shall make this payment by paying $5,000 within ten (10) days after entry of this Final Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission. The remaining $45,000 shall be paid in full within one year after entry of this Final Judgment in four installments as follows: (1) $11,250 plus $8.04 in post-judgment interest, for a total payment of $11,258.04, within 90

days of entry of the Final Judgment; (2) $11,250 plus $16.09 in post-judgment interest, for a total payment of $11,266.09, within 180 days of entry of the Final Judgment; (3) $11,250 plus $24.13 in post-judgment interest, for a total payment of $11,274.13, within 270 days of entry of the Final Judgment; and (4) $11,250 plus $32.63 in post-judgment interest, for a total payment of $11,282.63, within 365 days of entry of the Final Judgment. The Final Judgment shall be satisfied in full by timely payment of the $50,000 civil penalty plus post-judgment interest for a total payment of $50,080.89 as described herein. If Natt fails to make any payment according to the payment plan set forth above in this paragraph, the payment plan shall become null and void, and all amounts due under the Final Judgment minus any payments made shall become due and payable immediately. The payments shall be made by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying Samuel M. Natt as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. A copy of the cover letter and money order or check shall be sent to Finola H. Manvelian, Assistant Regional Director, Los Angeles Regional Office, United States Securities and Exchange Commission, 5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036. Natt shall pay post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961. The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

### III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants' Consents are incorporated herein with the same force and effect as if

fully set forth herein, and that Defendants shall comply with all of the undertakings and agreements set forth therein.

### IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

### V.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: MAR - 2 2010 , 2~~009~~

_____
UNITED STATES DISTRICT JUDGE

3